Dismissed and Memorandum Opinion filed January 17, 2008








Dismissed
and Memorandum Opinion filed January 17, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00955-CV

____________

 

HATTIE BLACKMON, Appellant

 

V.

 

NATIONAL RESTORATION TECHNOLOGIES, Appellee

 

 



 

On Appeal from the
County Court at Law No. 4

Harris County,
Texas

Trial Court Cause
No. 795030

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 13, 2006. 
On July 19, 2007, this court ordered the parties to attend mediation.  The
parties notified this court that the case had settled in mediation, but they
requested an extension of time to complete their settlement documents.  








On January 9, 2008, the parties filed a joint motion to
dismiss the appeal in order to effectuate their compromise and settlement
agreement.  See Tex. R. App. P.
42.1.  The motion is granted.

 

In
accordance with the parties= agreement, we RENDER judgment that all causes of
action and counterclaims that were asserted or could have been asserted by
either party in this action are DISMISSED with prejudice.  See Tex. R. App. P. 42.1(a)(2)(A).  

Accordingly,
the appeal is ordered DISMISSED.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed January
17, 2008.

Panel consists of Chief Justice Hedges and Justices Anderson and Boyce.